**DISMISS and Opinion Filed September 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00339-CV**

**PATRICIA MCALISTER, Appellant**
**V.**
**DAVID CURTIS SHAFER; WINSTON KNOX; WOOTEN AND SONS ENTERPRISE, LLC; JONATHAN COLEMAN; AND CENTRAL TEXAS DACHSHUND RESCUE, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02038-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

By notice of appeal filed April 13, 2022, appellant challenges "the judgment signed by the [trial] court on March 14, 2022." Because the clerk's record did not reflect the trial court had signed a judgment or order on that date or since then, we questioned our jurisdiction over the appeal. *See Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995) (per curiam) (appellate timetable begins to run from date written judgment or appealable order is signed). We directed appellant to file a letter brief addressing our concern no later than June 27, 2022, and subsequently extended the deadline twice, making the letter brief last due August 22, 2022.

Our order granting the last extension cautioned appellant that further extension requests would not be granted and failure to file the brief by August 22 could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3. Rather than filing the letter brief, appellant has filed another extension motion. Having cautioned her that further extension requests would not be granted, we deny the motion.

On the record before us, we dismiss the appeal. *See id.* 42.3(a); *Ben E. Keith*, 907 S.W.2d at 496.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220339F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PATRICIA MCALISTER, Appellant

No. 05-22-00339-CV     V.

DAVID CURTIS SHAFER;
WINSTON KNOX; WOOTEN AND
SONS ENTERPRISE, LLC;
JONATHAN COLEMAN; AND
CENTRAL TEXAS DACHSHUND
RESCUE, Appellees

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-20-02038-
A.
Opinion delivered by Chief Justice
Burns, Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 14, 2022.